11TH COURT OF APPEALS<br>EASTLAND, TEXAS<br>JUDGMENT

Larry Segundo Reyes,                * From the 29th District
                                      Court of Palo Pinto County,
                                      Trial Court No. 14294.

Vs. No. 11-11-00366-CR              * November 21, 2013

The State of Texas,                 * Memorandum Opinion by Wright, C.J.
                                      (Panel consists of: Wright, C.J.,
                                      Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.